**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**VINCENTE GABRIEL NOTENO GUANUNA,**

**Petitioner,**

**- against -**

**MARKWAINE MULLIN, ET AL.,**

**Respondents.**

**26-cv-6352 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear, by telephone, for a conference regarding the petitioner's petition for writ of habeas corpus on **Tuesday, July 28, 2026, at 5:00 p.m.**

Dial-in: 646-453-4442, with access code 675 278 33#

During the pendency of this habeas proceeding, the petitioner shall not be removed from the Southern or Eastern Districts of New York or the District of New Jersey.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 27, 2026**

**John G. Koeltl**
**United States District Judge**