UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENTE GABRIEL NOTENO GUANUNA,

Petitioner,

- against -

MARKWAINE MULLIN, ET AL.,

Respondents.

26-cv-6352 (JGK)

**Order**

JOHN G. KOELTL, District Judge:

As discussed during the conference held yesterday, July 28, 2026, the Government is directed to produce to the petitioner by **August 4, 2026,** all documents establishing the Government's basis for detaining the petitioner as well as all documents bearing on the appropriate venue for this habeas action. The Government is further directed to confer with the petitioner and to file a letter by **August 11, 2026**, addressing whether the parties have reached an agreement on the proper venue for this habeas action and, if not, a joint proposal for next steps, including a briefing schedule for any potential motion to transfer venue.

The petitioner may consider contacting the City Bar Justice Center's Federal Pro Se Legal Assistance Project in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this Court. The clinic is

run by a private organization; it is not part of, or run by, the Court. An informational flyer regarding the clinic is attached to this Order.

A copy of this Order will be sent by email to the petitioner's next friend, Daniela Hernandez Guerrero, at danielahdezgrro@gmail.com.

The Government is directed to mail a copy of this Order to the petitioner at his current place of detention.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 28, 2026**

**John G. Koeltl**
**United States District Judge**

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT

in the Southern District of New York (SDNY)

CITY BAR JUSTICE CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "SDNY" and then click "APPLY FOR HELP" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794**, leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

- **Counseling** about potential federal claims prior to filing suit
- **Interpreting and explaining** federal law and procedure
- **Reviewing drafted pleadings** and correspondence with the Court
- Consulting on **discovery** matters
- Assisting with the **settlement** process (including **mediation**)