UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENTE GABRIEL NOTENO GUANANA,

Petitioner,

- against -

MARKWAINE MULLIN, ET AL.,

Respondents.

26-cv-6352 (JGK)

Order

**John G. Koeltl, District Judge:**

The Government contends that venue for this petition for habeas corpus is improper in this District because the petitioner was located in the District of New Jersey at the time the petition was filed. The petitioner has separately filed a petition of habeas corpus in the Eastern District of New York and the Government represents that venue is proper in the Eastern District of New York which includes Brooklyn where the defendant is incarcerated. The Court in the Eastern District of New York has set a briefing schedule on the petitioner's petition. The petitioner has declined to dismiss the current petition in this District.

Therefore, the Government may move to dismiss the current petition by **October 2, 2026.** The petitioner may respond by **October 16, 2026.** The Government may reply by **October 23, 2026.**

The Clerk of Court is respectfully requested to mail a copy of this Order to the petitioner and to the petitioner's best friend and to note mailing on the docket. The Government is also requested to provide a copy to the petitioner.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 21, 2026**

**John G. Koeltl**
**United States District Judge**