**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**VINCENTE GABRIEL NOTENO GUANANA,**

**Petitioner,**

**- against -**

**MARKWAINE MULLIN, ET AL.,**

**Respondents.**

---

**26-cv-6352 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

On October 8, 2026, in a proceeding pending in the United States District Court for the Eastern District of New York, Guanana v. Maldonado, 26 Civ. 05194 (PKC), the petitioner, Vincente Guanana, asked to withdraw the petition pending in this Court in Guanana v. Mullin, 26 Civ. 06352 (JGK). See Tr. of Oct. 8, 2026 Status Conference in Guanana v. Maldonado, 26 Civ. 05194 (PKC) at 12-13. On October 9, the Government informed the Court that the petitioner had made this request. See ECF No. 17. The Court is in receipt of the transcript of the conference at which the petitioner made this request, and has reviewed the statements made by the petitioner during that conference. In light of the petitioner's representations at that conference, the petition in this case is withdrawn and dismissed without prejudice.

The Clerk of Court is requested to close this case, and the Government is requested to send a copy of this Order to the Court and the parties in the case pending in the Eastern District of New York.

**SO ORDERED.**

**Dated:** **New York, New York**
**October 29, 2026**

**John G. Koeltl**
**United States District Judge**